

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: 9/6/200

September 6, 2007

Honorable Deborah A. Batts (By HAND)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

   Re: <u>United States</u> v. <u>Jorge Hernandez and Nelson Weisberg</u>
     07 Cr. 817 (DAB)

Dear Judge Batts:

  The defendants, Jorge Hernandez and Nelson Weisberg, were indicted on August 29, 2007. The case was assigned to Your Honor. Indictment 07 Cr. 817 is attached to this letter.
  The Government previously requested that the Court schedule an arraignment and pre-trial conference for Mr. Hernandez for September 17, 2007. The Government now requests that the Court refer the case to the duty magistrate judge for arraignment, and that the Court schedule the initial pre-trial conference for October 29, 2007.

*Granted*
*s/DAB*
*9/6/2007*

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney

**SO ORDERED**

*Deborah A. Batts* By: *[signature]*
DEBORAH A. BATTS 9/6/2007
UNITED STATES DISTRICT JUDGE

           RANDALL W. JACKSON
           Assistant United States Attorney
           Tel: (212) 637-1029
           Fax: (212) 637-2937

cc: John J. Byrnes
   Federal Defenders of New York Inc.
   52 Duane Street, 10th Floor
   New York, NY 10007
   212-417-8735
   Fax: 212-571-0392

MEMO ENDORSED