

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

March 21, 2008

Honorable Deborah A. Batts (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2008
```

Re: United States v. Jorge Hernandez and Nelson Weisberg
    07 Cr. 817 (DAB)

Dear Judge Batts:

The Government was notified this afternoon that the Court has adjourned the March 25, 2008, pre-trial conference that was previously scheduled in this case. The Government respectfully requests that the Court reschedule the pre-trial conference for April 14, 2008, at 10:30 a.m. The Government also respectfully requests that the Court exclude time, under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, from March 25, 2008, until April 14, 2008, in the interests of justice and to allow the parties to continue to engage in discussions of a possible disposition of this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

**SO ORDERED**

*Deborah A. Batts* 3/21/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

cc: John J. Byrnes, Esq.
    Andrew Patel, Esq.