MAY-12-2008 15:41 D&T P.02



**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2008

May 12, 2008

Honorable Deborah A. Batts (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re:  **United States v. Jorge Hernandez**
  **07 Cr. 817 (DAB)**

Dear Judge Batts:

I have been advised by Your Honor's courtroom Deputy Clerk and Case Manager, Mr. William Delaney, that the Court has adjourned the pre-trial conference in the above-captioned case previously scheduled for today, to July 7, 2008, at 10:30 a.m. The Government respectfully requests that the Court exclude time, under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, from today until the pre-trial conference scheduled for July 7, 2008. I have conferred with Mr. John Byrnes, attorney for the defendant, and he consents to the exclusion. The exclusion of time will allow the parties to continue to discuss a possible disposition of the case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc:  John J. Byrnes, Esq.
  Federal Defenders of New York, Inc.

[Handwritten endorsement, left margin:] Granted /s/ DAB 5/12/2008

[Handwritten endorsement:] Pursuant to 18 USC § 3161(h)(8)(A), the Court hereby excludes time between the date of this Order and July 7, 2008 since the interests of the defendant and the public in a speedy trial is outweighed by allowing the parties additional time to discuss a possible disposition of this matter. /s/ DAB 5/12/2008

**SO ORDERED**

*Deborah A. Batts*  5/12/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

TOTAL P.02